# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | MDL No. 2:18-mn-2873-RMG |

## SHORT FORM COMPLAINT AND JURY DEMAND

The Plaintiffs named, identified, and set forth in Exhibit A hereby file this Short Form Complaint and Jury Demand against Defendants named below by and through their undersigned counsel and as permitted by Case Management Order ("CMO") No. 35. This Short Form Complaint is being utilized, permitted and filed in the interests of judicial economy and takes an abbreviated form. Whether and when there will be non-short form complaints and answer(s) will be the subject of further discussions among counsel and the Court. Plaintiffs' Leadership and Defendants' Leadership have stipulated and agreed that at this time and until further Order of the Court, they will not assert that any Short Form Complaint (1) fails to state a cognizable cause of action, (2) fails to state a claim upon which relief may be granted, (3) fails to plead allegations with sufficient particularity, or (4) any other defenses related to insufficiency of pleadings. Plaintiffs' Leadership and Defendants' Leadership have further stipulated and agreed that until further Order of the Court, they will not file motions pursuant to Rule 12(b)(6) against any filed Short Form Complaints asserting a failure to plead allegations with specificity, or failing to meet the requirements of Fed. R. Civ. P. 8. Motion practice on the individual personal injury Complaints subject to this Order shall be stayed and may proceed only upon leave of Court and with the protections afforded under CMO 35. Use of this Short Form Complaint will not be permitted after the expiration of the Filing Facilitation Window as set forth by this Court in CMO 35.

## Plaintiffs

1. Plaintiffs listed in the attached Exhibit A allege exposure to Perfluoroalkyl and Polyfluoroalkyl Substances ("PFAS") due to Aqueous Film-Forming Foam ("AFFF"). As a result of exposure to AFFF, Plaintiffs (and/or Decedents) endured pain and suffering, emotional distress, mental anguish, economic injuries, and personal injuries as described below.

2. Plaintiffs allege the plaintiff-specific information listed in Exhibit A.

## Defendants

3. Plaintiffs bring suit against the following defendants (list all defendants being named):

| Defendant 1 | 3M COMPANY, f/k/a Minnesota Mining and Manufacturing Company |
| --- | --- |
| Defendant 2 | AGC CHEMICALS AMERICAS, INC. |
| Defendant 3 | AMEREX CORPORATION |
| Defendant 4 | ARCHROMA U.S., INC. |
| Defendant 5 | ARKEMA INC. |
| Defendant 6 | BUCKEYE FIRE EQUIPMENT COMPANY |
| Defendant 7 | CARRIER GLOBAL CORPORATION |
| Defendant 8 | CHEMDESIGN PRODUCTS, INC. |
| Defendant 9 | CHEMGUARD, INC |
| Defendant 10 | CHUBB FIRE, LTD. |
| Defendant 11 | CLARIANT CORPORATION |
| Defendant 12 | CORTEVA, INC. |
| Defendant 13 | DUPONT DE NEMOURS INC., f/k/a DOWDUPONT, INC. |
| Defendant 14 | DYNAX CORPORATION |
| Defendant 15 | E.I. DUPONT DE NEMOURS AND COMPANY, individually and as successor in interest to DuPont Chemical Solutions Enterprise |
| Defendant 16 | KIDDE, PLC |

| | |
|---|---|
| Defendant 17 | NATIONAL FOAM, INC. |
| Defendant 18 | RAYTHEON TECHNOLOGIES CORPORATION |
| Defendant 19 | THE CHEMOURS COMPANY, individually and as successor in interest to DuPont Chemical Solutions Enterprise |
| Defendant 20 | THE CHEMOURS COMPANY FC, LLC, individually and as successor in interest to DuPont Chemical Solutions Enterprise |
| Defendant 21 | TYCO FIRE PRODUCTS L.P. |
| Defendant 22 | UNITED TECHNOLOGIES CORPORATION |
| Defendant 23 | UTC FIRE & SECURITY AMERICAS CORPORATION, INC., f/k/a GE Interlogix, Inc. |
| Defendant 24 | |
| Defendant 25 | |
| Defendant 26 | |
| Defendant 27 | |
| Defendant 28 | |
| Defendant 29 | |
| Defendant 30 | |

## Jurisdiction and Venue

4. Plaintiff alleges jurisdiction based on:

    ☐    Diversity

    ☐    Federal Question

    ☒    The "Mass Action" provisions of the Class Action Fairness Act ("CAFA"), which include the requirements under 28 U.S.C. § 1332(d)(11)

    ☐    Other: _____.

5. Plaintiffs designate the District Courts indicated on Exhibit A as the "Home Venue" defined as the proper venues of origin where the claim(s) could have overwise been brought pursuant to 28 U.S.C. § 1391.

## Plaintiff's Allegations of Exposure

6. Plaintiffs allege exposure to PFAS, as described in Exhibit A, as a result of:

    - Direct exposure to AFFF (i.e. use or handling of AFFF); and/or

    - Exposure to drinking water contaminated with PFAS as a result of AFFF; and/or

    - Exposure to turnout gear ("TOG") containing PFAS.

The specific exposure alleged by each plaintiff is indicated in Exhibit A.

## Plaintiff's Alleged Injuries

7. Plaintiffs allege one more of the following personal injuries as described in Exhibit A:

    Kidney Cancer
    Testicular Cancer
    Thyroid Disease
    Ulcerative Colitis
    Liver Cancer
    Thyroid Cancer

8. Plaintiffs have not described or alleged secondary injuries, damages, or sequela of the injuries alleged above. Plaintiffs reserve the right to seek damages for all such secondary injuries, damages, or sequela attributable to the injuries alleged above.

## Causes of Action

9. The specific causes of action Plaintiff(s) can adopt(s) and incorporate(s) by reference as if set forth fully herein, are the following Causes of Action, of which each Plaintiff on Exhibit A adopts and alleges such Causes as indicated on Exhibit A:

    Count I – Defective Design
    Count II – Failure to Warn
    Count III – Negligence
    Count IV – Negligence Per Se
    Count V – Trespass and Battery
    Count VI – Strict Product Liability
    Count VII – Market Share Liability, Alternative Liability, Concert of Action, and Enterprise Liability
    Count VIII – Concealment, Misrepresentation, and Fraud

      Count IX – Conspiracy
      Count X – Wrongful Death
      Count XI – Loss of Consortium

      <u>Other Causes of Action</u>:
      Count XII – Negligent, Intentional, and Reckless Infliction of Emotional Distress
      Count XIII – _____
      Count XIV – _____
      Count XV – _____
      Count XVI – _____
      Count XVII – _____
      Count XVIII – _____
      Count XIX – _____
      Count XX – _____
      Others
      _____
      _____
      _____

## **Jury Demand**

10. Plaintiffs demand a trial by jury as to all claims in this action.

Dated: September 3, 2025

                                                Respectfully Submitted,

                                                KLINE & SPECTER, P.C.
                                                <u>/s/ *Timothy A. Burke*</u>
                                                Tobias L. Millrood
                                               Timothy A. Burke (SC ID# 102590)
                                               Tobi.millrood@klinespecter.com
                                               Timothy.burke@klinespecter.com
                                               1525 Locust Street
                                               Philadelphia, PA 19102
                                               Phone: (215)772-1000
                                                *Attorneys for Plaintiffs*

**Exhibit A to Short Form Complaint in *In re: Aqueous Film-Forming Foams Products Liability Litigation*, MDL 2873**[1]

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 1. | Kirkland, Scotty | 6/13/1983 | AL | Middle District of Alabama | No | Yes | No | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 2. | Kirkland, Jacqueline | 6/13/1983 | AL | Middle District of Alabama | NA | NA | NA | NA | XI |
| 3. | Kirton, Aaron | 4/8/1982 | UT | District of Utah | No | Yes | No | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 4. | Kirton, Rebecca | 4/8/1982 | UT | District of Utah | NA | NA | NA | NA | XI |
| 5. | Kittrell, Michael | 4/10/1970 | MI | Eastern District of Michigan | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 6. | Knecht, Rebecca | 11/9/1956 | FL | Middle District of Florida | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 7. | Knight, Jacob | 3/3/1977 | IN | Southern District of Indiana | No | Yes | No | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 8. | Knight, Amanda | 3/3/1977 | IN | Southern District of Indiana | NA | NA | NA | NA | XI |

---

[1] Plaintiffs must be listed alphabetically by last name first, then first name. For example: Doe, John.
[2] No more than 150 plaintiffs may be listed. A spousal plaintiff with a loss of consortium claim is considered and will count as a separate plaintiff for this purpose, and the spouse should be listed beneath the plaintiff whose alleged injury gives rise to the spouse's claim/s.

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 9. | Knox, Betty | 4/15/1947 | IN | Northern District of Indiana | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 10. | Kozin, Allen | 5/19/1947 | PA | Eastern District of Pennsylvania | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 11. | Krenzelok, Joseph, Jr. | 4/22/1959 | WI | Western District of Wisconsin | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 12. | Krenzelok, Susan | 4/22/1959 | WI | Western District of Wisconsin | NA | NA | NA | NA | XI |
| 13. | Kyle, Patrick | 8/15/1956 | IL | Northern District of Illinois | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 14. | Kyle, Candida | 8/15/1956 | WI | Western District of Wisconsin | NA | NA | NA | NA | XI |
| 15. | Larson, Dennis | 4/6/1942 | FL | Middle District of Florida | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 16. | Lash, Kim | 6/27/1961 | IL | Central District of Illinois | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 17. | Lash, Sharon | 6/27/1961 | IL | Central District of Illinois | NA | NA | NA | NA | XI |
| 18. | LeFan, Barry | 6/9/1963 | FL | Middle District of Florida | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 19. | Lehman, Anne | 3/15/1936 | CA | Eastern District of California | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 20. | Lemke, Carrie | 9/13/1960 | WI | Eastern District of Wisconsin | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 21. | Leonardo, Carlos | 9/11/1967 | CA | Central District of California | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 22. | Bursese, Carina | 9/11/1967 | CA | Central District of California | NA | NA | NA | NA | XI |
| 23. | Lieffers, Michael | 4/25/1988 | MI | Western District of Michigan | No | Yes | No | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 24. | Lieffers, Leeann | 4/25/1988 | MI | Western District of Michigan | NA | NA | NA | NA | XI |
| 25. | Limmer Bibb, Robin | 4/20/1971 | AZ | District of Arizona | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 26. | Globerson, Adam | 4/20/1971 | AZ | District of Arizona | NA | NA | NA | NA | XI |
| 27. | Lio, Dominic | 9/14/1947 | IL | Northern District of Illinois | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 28. | Lopez, John | 10/10/1938 | CA | Central District of California | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 29. | Luce, Scott | 1/16/1961 | WI | Eastern District of Wisconsin | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 30. | Lyle, Chad | 11/11/1969 | IL | Northern District of Illinois | No | Yes | No | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 31. | Lyle, Kristi | 11/11/1969 | IL | Northern District of Illinois | NA | NA | NA | NA | XI |
| 32. | Lyon, Norabelle | 12/21/1950 | OK | Western District of Oklahoma | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 33. | Lyon, Jay | 12/21/1950 | OK | Western District of Oklahoma | NA | NA | NA | NA | XI |
| 34. | Lyons, John Joseph | 9/6/1958 | PA | Eastern District of Pennsylvania | No | Yes | No | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 35. | Lyons, Patricia | 9/6/1958 | PA | Eastern District of Pennsylvania | NA | NA | NA | NA | XI |
| 36. | Mader Ileene | 7/6/1952 | NE | District of Nebraska | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 37. | Martello, Marino | 4/19/1939 | FL | Middle District of Florida | Yes | Yes | Yes | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 38. | Martin, Ralph, Jr. | 4/20/1943 | FL | Middle District of Florida | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 39. | Hollett, Joyce | 4/20/1943 | FL | Middle District of Florida | NA | NA | NA | NA | XI |
| 40. | Martin, Elayne o/b/o Deceased Martin, Timothy | 2/26/1970 | AL | Northern District of Alabama | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XII, X |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 41. | Mazurek, Anthony | 7/29/1971 | PA | Western District of Pennsylvania | No | Yes | No | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 42. | McCracken, Michael | 5/22/1948 | CO | District of Colorado | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 43. | McCracken, Brenna | 5/22/1948 | CO | District of Colorado | NA | NA | NA | NA | XI |
| 44. | McDowell, Linda | 8/19/1951 | KS | District of Kansas | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 45. | McGeary, Matthew | 1/2/1979 | PA | Western District of Pennsylvania | Yes | Yes | Yes | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 46. | McGee, Jerry | 11/8/1951 | SC | District of South Carolina | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 47. | McGee, Wanda | 11/8/1951 | SC | District of South Carolina | NA | NA | NA | NA | XI |
| 48. | McKeehan, Tessi | 10/16/1968 | PA | Middle District of Pennsylvania | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 49. | McLellan, Eric | 9/13/1983 | MI | Eastern District of Michigan | No | Yes | No | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 50. | McLellan, Ashley | 9/13/1983 | MI | Eastern District of Michigan | NA | NA | NA | NA | XI |
| 51. | McPherson, Matthew | 12/25/1982 | HI | District of Hawaii | No | Yes | No | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 52. | McPherson, Nicole | 12/25/1982 | HI | District of Hawaii | NA | NA | NA | NA | XI |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 53. | Merry, William | 6/12/1983 | WI | Eastern District of Wisonsin | No | Yes | No | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 54. | Mirr, Paul | 3/8/1987 | WI | Western District of Wisconsin | No | Yes | No | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 55. | Montano, Michael, Jr. | 2/1/1973 | CO | District of Colorado | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 56. | Monty, Judy o/b/o Deceased Monty, Daryl | 1/6/1947 | WI | Western District of Wisconsin | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XII, X, XI, X |
| 57. | Moore, Eugenia | 4/20/1958 | TX | Southern District of Texas | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 58. | Morrison, Shauna | 8/31/1959 | CO | District of Colorado | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 59. | Moss, Lawrence | 2/28/1958 | MI | Western District of Michigan | No | Yes | No | Testicular cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 60. | Munoz, April | 4/14/1971 | CO | District of Colorado | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 61. | Nelson, Timothy | 9/2/1959 | GA | Southern District of George | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 62. | Nichols, Gabriel | 2/27/1962 | MI | Eastern District of Michigan | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 63. | Nichols, Ronald | 5/30/1953 | CA | Central District of California | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 64. | Nichols, Pamela | 5/30/1953 | CA | Central District of California | NA | NA | NA | NA | XI |
| 65. | Olig, James | 1/31/1962 | FL | Middle District of Florida | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 66. | Olig, Candy | 1/31/1962 | FL | Middle District of Florida | NA | NA | NA | NA | XI |
| 67. | Oliva, Joseph | 11/1/1946 | TX | Northern District of Texas | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 68. | Oliver, Kenneth, Jr. | 12/8/1967 | WA | Western District of Washington | Yes | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 69. | Oliver, Eleanor | 12/8/1967 | WA | Western District of Washington | NA | NA | NA | NA | XI |
| 70. | OMalley, Thomas | 8/23/1950 | PA | Eastern District of Pennsylvania | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 71. | OMalley, Roberta | 8/23/1950 | PA | Eastern District of Pennsylvania | NA | NA | NA | NA | XI |
| 72. | Outtrim, Sharon | 6/28/1955 | MD | District of Maryland | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 73. | Outtrim, Russell | 6/28/1955 | MD | District of Maryland | NA | NA | NA | NA | XI |
| 74. | Owen, David | 9/10/1957 | KY | Western District of Kentucky | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 75. | Owen, Mary | 9/10/1957 | KY | Western District of Kentucky | NA | NA | NA | NA | XI |
| 76. | Padgett, William | 7/6/1978 | FL | Middle District of Florida | No | Yes | No | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 77. | Papagiannakis, Peter | 3/6/1975 | NJ | District of New Jersey | No | Yes | No | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 78. | Papagiannakis, Grazi | 3/6/1975 | NJ | District of New Jersey | NA | NA | NA | NA | XI |
| 79. | Patten, Michael | 9/26/1984 | NH | District of New Hampshire | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 80. | Patten, Miranda | 9/26/1984 | NH | District of New Hampshire | NA | NA | NA | NA | XI |
| 81. | Patterson Okojie, Andreas | 9/10/1956 | TN | Middle District of Tennessee | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 82. | Okojie, Richard | 9/10/1956 | TN | Middle District of Tennessee | N/A | N/A | N/A | N/A | XI |
| 83. | Polansky, Donald | 7/16/1981 | TX | Southern District of Texas | No | Yes | No | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 84. | Pomper, Michael | 5/27/1964 | WA | Western District of Washington | No | Yes | No | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 85. | Porter, Nicholas | 5/13/1980 | SC | District of South Carolina | No | Yes | No | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 86. | Porter, Jamie | 5/13/1980 | SC | District of South Carolina | NA | NA | NA | NA | XI |
| 87. | Radan, John | 10/22/1951 | FL | Northern District of Florida | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 88. | Ranzona, Jacob | 11/22/1996 | NH | District of New Hampshire | No | Yes | No | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 89. | Ranzona, Hannah | 11/22/1996 | NH | District of New Hampshire | NA | NA | NA | NA | XI |
| 90. | Rash, Kevin | 7/4/1964 | SC | District of South Carolina | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 91. | Rash, Dana | 7/4/1964 | SC | District of South Carolina | NA | NA | NA | NA | XI |
| 92. | Rayfield, Keith | 9/10/1966 | MS | Southern District of Mississippi | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 93. | Recco, Joseph | 4/19/1958 | MD | District of Maryland | No | Yes | No | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 94. | Recco, Brenda | 4/19/1958 | MD | District of Maryland | NA | NA | NA | NA | XI |
| 95. | Reed, James W. | 5/22/1947 | MI | Eastern District of Michigan | No | Yes | No | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 96. | Richardson, Teddy L. | 10/11/1955 | GA | Northern District of Georgia | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 97. | Richardson, Susan | 10/11/1955 | GA | Northern District of Georgia | NA | NA | NA | NA | XI |
| 98. | Rickard, Stephen, Jr. | 5/31/1980 | SC | District of South Carolina | No | Yes | No | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 99. | Rickard, Megan | 5/31/1980 | SC | District of South Carolina | NA | NA | NA | NA | XI |
| 100. | Rivera Sosa, Jorge | 8/13/1999 | CA | Eastern District of California | No | Yes | No | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 101. | Rivers, Kristopher | 3/22/1983 | TN | Middle District of Tennessee | No | Yes | No | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 102. | Rivers, Molly | 3/22/1983 | TN | Middle District of Tennessee | NA | NA | NA | NA | XI |
| 103. | Robinson, Allen | 7/7/1965 | IL | Northern District of Illinois | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 104. | Roeschen, Jodi L. o/b/o Deceased Roeschen, Kenneth | 10/19/1957 | PA | Eastern District of Pennsylvania | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, X |
| 105. | Root, Steven, Jr. | 1/30/1974 | CO | District of Colorado | No | Yes | No | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 106. | Root, Melissa | 1/30/1974 | CO | District of Colorado | NA | NA | NA | NA | XI |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 107. | Roush, John | 9/10/1955 | PA | Western District of Pennsylvania | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 108. | Roush, Kathy | 9/10/1955 | PA | Western District of Pennsylvania | NA | NA | NA | NA | XI |
| 109. | Rubino, Jennifer | 9/18/1968 | PA | Eastern District of Pennsylvania | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 110. | Rubino, Thomas | 9/18/1968 | PA | Eastern District of Pennsylvania | NA | NA | NA | NA | XI |
| 111. | Ruiz, David | 4/14/1968 | CA | Central District of California | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 112. | Rusch, Terri | 1/14/1963 | WI | Eastern District of Wisconsin | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 113. | Sanada, Chad o/b/o Deceased Sanada, Heather | 6/14/1979 | PA | Eastern District of Pennsylvania | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, X |
| 114. | Sandefur, Lane | 3/18/1971 | KY | Western District of Kentucky | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 115. | Sanders, Lyle | 1/14/1972 | MN | District of Minnesota | No | Yes | No | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 116. | Sanders, Michelle | 1/14/1972 | MN | District of Minnesota | NA | NA | NA | NA | XI |
| 117. | Santiago, Steve | 5/15/1967 | ME | District of Maine | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 118. | Sawyer, Bonnie | 6/25/1950 | WI | Eastern District of Wisconsin | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 119. | Schermerhorn, Steven | 6/13/1954 | CA | Eastern District of California | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 120. | Schroeder, Michele | 6/22/1966 | WI | Eastern District of Wisconsin | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 121. | Schroeder, Ricky | 6/22/1966 | WI | Eastern District of Wisconsin | NA | NA | NA | NA | XI |
| 122. | Scott, Broderick | 8/15/1973 | CO | District of Colorado | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 123. | Scott, Michael | 5/24/1965 | AL | Northern District of Alabama | No | Yes | Yes | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 124. | Simmons, Evelyn | 2/25/1941 | FL | Northern District of Florida | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 125. | Sinisi, Andrea | 7/20/1970 | CA | Northern District of California | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 126. | Slatton, Zeus | 7/17/1967 | CA | Eastern District of Wisconsin | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 127. | Smart, Suzanne | 5/16/1963 | CA | Central District of California | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 128. | Smith, Dean | 7/16/1990 | SC | District of South Carolina | No | Yes | Yes | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 129. | Smith, James | 4/25/1970 | CA | Eastern District of California | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 130. | Smith, Dana | 4/25/1970 | CA | Eastern District of California | NA | NA | NA | NA | XI |
| 131. | Smith, Stanley | 5/22/1956 | GA | Northern District of Georgia | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 132. | Sneed, Jerry | 4/15/1971 | LA | Western District of Louisiana | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 133. | Sovern, Michael | 9/4/1953 | FL | Middle District of Florida | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 134. | Sovern, Maureen | 9/4/1953 | FL | Middle District of Florida | NA | NA | NA | NA | XI |
| 135. | Spencer, Bradford | 11/15/1978 | AL | Southern District of Alabama | No | Yes | No | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 136. | Spencer, Melissa | 11/15/1978 | AL | Southern District of Alabama | NA | NA | NA | NA | XI |
| 137. | Sterner, Georgette | 4/5/1959 | GA | Northern District of Georgia | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 138. | Stewart, Wayne | 3/14/1958 | SC | District of South Carolina | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 139. | Stickles, Carmen | 3/27/1961 | CA | Northern District of California | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 140. | Stone, Dawn | 3/27/1965 | CO | District of Colorado | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 141. | Fischer, Frank | 3/27/1965 | CO | District of Colorado | NA | NA | NA | NA | XI |
| 142. | Stroebel, Carl | 5/29/1957 | NC | Western District of North Carolina | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 143. | Sullivan, Jr. William | 7/26/1966 | SC | District of South Carolina | No | Yes | Yes | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 144. | Tavangary, Fereydoun | 8/13/1955 | OR | District of Oregon | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 145. | Tavangary, Farangis | 8/13/1955 | OR | District of Oregon | NA | NA | NA | NA | XI |
| 146. | Taylor, Jeffrey | 11/14/1955 | CA | Northern District of California | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 147. | Thomas, David | 3/2/1963 | NC | Western District of North Carolina | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 148. | McConnell, Jack | 3/2/1963 | NC | Western District of North Carolina | NA | NA | NA | NA | XI |
| 149. | Tipton, Barbara | 11/8/1960 | AZ | District of Arizona | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |